UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORPORAL LONNIE R. AMERJAN,<br>et al.,<br><br>　　　　Defendants. | 1:08-cv-00372-OWW-SMS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL SERVICE OF THE SUMMONS AND FIRST AMENDED COMPLAINT, AND USM-285 FORM (DOC. 26)<br><br>ORDER DIRECTING THE CLERK TO SEND SPECIFIED SERVICE DOCUMENTS TO PLAINTIFF WITH THIS ORDER<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS TO THE COURT<br><br>ORDER DIRECTING THE CLERK TO FORWARD ANY SUBMITTED SERVICE DOCUMENTS TO THE MARSHAL FOR SERVICE OF PROCESS<br><br>ORDER DIRECTING THE MARSHAL TO SERVE DEFENDANT UPON MARSHAL'S RECEIPT OF DOCUMENTS |

　　　Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　　Pending before the Court is Plaintiff's request for

1

additional service of summons, complaint, and USM-285 form, filed on August 11, 2008.

On July 8, 2008, service was ordered of Plaintiff's first amended complaint (FAC). Waivers of service have been filed with respect to various defendants.

Plaintiff's request was prompted by the discovery that UCSF-Fresno, and the California Department of Public Health, Office of Civil rights are two separate entities. Plaintiff states that he has the necessary information to complete the USM-285 form, and he has copies of the summons and complaint for CDPH.

Both UCSF Fresno and the CDPH, Office of Civil Rights, are described in the FAC. (FAC at ¶¶ 13-14.)

Accordingly, Plaintiff's request for additional service of the summons, complaint, and completion of pertinent USM-285 forms IS GRANTED.

The Clerk IS DIRECTED to send to Plaintiff one USM-285 form, an instruction sheet, and a notice of submission of documents form.

Within fifteen days from the date of service of this order, Plaintiff shall complete the notice of submission of documents and submit the completed notice to the Court with a completed summons, one USM-285 form for the additional Defendant, and one copy of the endorsed FAC filed in this Court on May 12, 2008.

Upon receipt of the documents described above, the Clerk of the Court SHALL FORWARD them to the United States Marshal, who in turn SHALL SERVE the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Plaintiff need not attempt service on defendants and need

not request waiver of service.

IT IS SO ORDERED.

**Dated:     September 11, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE