UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE R. AMERJAN, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-00372-OWW-SMS<br><br><br><br>**ORDER APPOINTING COUNSEL**<br>(Doc. 42) |

    Good cause appearing, and pursuant to the notice of acceptance of appointment as panel counsel (Doc. 42), it is hereby ORDERED that Andrew V. Stearns, Esq., and M. Jeffery Kallis, Esq., are appointed as counsel for plaintiff.

    Counsel are DIRECTED to follow General Order 230 adopted by the court on May 17, 1988, found on the court's website at www.caed.uscourts.gov under General Orders.

IT IS SO ORDERED.

**Dated:   October 23, 2008**         /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1