M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Andrew V. Stearns, SBN 164849
Ignascio G. Camarena II, SBN 220582
Steven M. Berki, SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@loboinc.com
icamarena@loboinc.com
sberki@loboinc.com

Attorneys for Plaintiff
**MICHAEL TATER-ALEXANDER**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **MICHAEL TATER-ALEXANDER**, | Case No. CV-F-08-372 OWW SMS |
| Plaintiff, | |
| vs. | **REQUEST AND ORDER FOR PARTIAL DISMISSAL WITHOUT PREJUDICE OF CERTAIN PARTIES** |
| **LONNIE R. AMERJAN**, individually and in his official capacity; **CITY OF CLOVIS**, a municipal corporation; **TINA STIRLING**, individually and in her official capacity; **COMMUNITY REGIONAL MEDICAL CENTER,** an entity of unknown form; **DR. THOMAS E. MANSFIELD**, an individual; **MARY JO GREENE**, an individual; **DOES 1 through 100**, as entities of unknown form and unknown capacities, | Complaint Filed: March 14, 2008 |
| Defendants. | |

Plaintiff Michael Tater-Alexander hereby requests that the Court dismiss the following parties from this action without prejudice.

      1.    CALIFORNIA DEPARTMENT OF PUBLIC HEALTH – UCSF Fresno

DATED:                      **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By:        /S/
M. JEFFERY KALLIS, attorneys for
**Plaintiff MICHAEL TATER-ALEXANDER**

DATED:                      **BUSTAMANTE, O'HARA & GAGLIASSO, PC**

By:        /S/
ANDREW V. STEARNS
IGNASCIO G. CAMARENA II
STEVEN M. BERKI, attorneys for
**Plaintiff MICHAEL TATER-ALEXANDER**

SO ORDERED.

DATED: 12/12/2008        /s/ OLIVER W. WANGER
                            District Court Judge, Eastern District of Cal.