Andrew R. Weiss, #095567
Andrew M. Aller, #248606
WEISS, MARTIN, SALINAS & HEARST
A Professional Corporation
7108 North Fresno Street, Suite 250
Fresno, California 93720
Telephone:  (559) 438-2080
Facsimile:   (559) 438-8363

Attorneys for   Defendant  Regents of the University of California,
erroneously sued herein as "California Department of
Public Health-UCSF Fresno"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL TATER-ALEXANDER<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL LONNIE R. AMERJAN, OFFICER TINA STIRLING, CLOVIS POLICE DEPARTMENT, THE CITY OF CLOVIS, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, NURSE MARILYN JO GREENE, CALIFORNIA DEPARTMENT OF PUBLIC HEALTH-UCSF FRESNO and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.   CV-F-08-372 0WW SMS<br><br>**ORDER GRANTING DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIA'S MOTION FOR A MORE DEFINITE STATEMENT (FRCP 12(e))**<br><br>Action Filed:  May 12, 2008<br>Trial Date:  None Yet Assigned |

   The Motion of Defendant The Regents of the University of California came on for hearing in the above-entitled court, the Honorable Oliver W. Wanger presiding.  The Court, having heard the arguments by counsel for Defendant The Regents of the University of California, noting the non-appearance of counsel for Plaintiff, and having read the motion, the points and authorities, and the declarations filed on behalf of Defendant The Regents of the

{00023501; 1  01003-0004}1
{ DOCUMENT TITLE

PDF created with pdfFactory trial version www.pdffactory.com

///

University of California, and Plaintiff's non-opposition, granted Defendant's Motion for a More Definite Statement.

THEREFORE, IT IS ORDERED THAT, Plaintiff amend his First Amended Complaint on or before January 29, 2009.

Dated:   December 29, 2008.

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger

00023485

{00023501; 1  01003-0004}2
{ DOCUMENT TITLE

PDF created with pdfFactory trial version www.pdffactory.com