Daniel L. Wainwright, # 193486
Adam Wahlquist, # 250456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
DR. THOMAS E. MANSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LONNIE R. AMERJAN, individually and in his official capacity; CITY OF CLOVIS, a municipal corporation; TINA STIRLING, individually and in her official capacity; COMMUNITY REGIONAL MEDICAL CENTER, an entity of unknown form; DR. THOMAS E. MANSFIELD, an individual; MARY JO GREENE, an individual; and DOES 1 through 100, as entities of unknown form and unknown capacities,<br><br>　　　　　Defendants. | Case No.  CV-F-08-372 OWW SMS<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, DR. THOMAS E. MANSFIELD, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON**<br><br>Action Filed:       March 14, 2008 |

　　　　IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, DR. THOMAS E. MANSFIELD, by and through their respective counsel, that Defendant, DR. THOMAS E. MANSFIELD, shall be granted an extension of time in which to answer or otherwise respond to Plaintiff's January 9, 2009 Second Amended Complaint in the matter of Michael Tater-Alexander v. Lonnie R. Amerjan, et al., (Case No. 1:08-CV-F-08-372-OWW-SMS).  Said time to respond was previously set to expire on January 20, 2009.

　　　　The parties hereby stipulate and agree that Defendant, DR. THOMAS E. MANSFIELD, shall have a thirty-day extension of time to answer or otherwise respond to Plaintiff's Complaint.

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, DR. THOMAS E. MANSFIELD, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the terms of this Stipulation the new date for DR. THOMAS E. MANSFIELD to respond to the Second Amended Complaint will be **February 19, 2009**.

Dated: January 20, 2009            McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Daniel L. Wainwright
Daniel L. Wainwright
Adam Wahlquist
Attorneys for Defendant
DR. THOMAS E. MANSFIELD


Dated: January 20, 2009            THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.


By: /s/ M. Jeffery Kallis

M. Jeffery Kallis
Attorney for Plaintiff
MICHAEL TATER-ALEXANDER


Dated: January 20, 2009            BUSTAMANTE, O'HARA & GAGLIASSO, P.C.


By:/s/ Andrew V. Stearns

Andrew V. Stearns
Ignascio G. Camarena II
Steven M. Berki
Attorneys for Plaintiff
MICHAEL TATER-ALEXANDER

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, DR. THOMAS E. MANSFIELD, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER OF THE COURT REGARDING STIPULATION

Pursuant to the Stipulation and Agreement of Plaintiff and Defendant, DR. THOMAS E. MANSFIELD, as reflected above, and FOR GOOD CAUSE shown,

**IT IS HEREBY ORDERED** that Defendant, DR. THOMAS E. MANSFIELD, shall have up to and including **February 19, 2009**, to answer or otherwise respond to Plaintiff's Second Amended Complaint.

DATED: January 20, 2009

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
Judge of the U.S. District Court

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, DR. THOMAS E. MANSFIELD, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com