Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California 93711
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER, and MARILYN JO GREENE, R.N.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE R. AMERJAN, CITY OF CLOVIS, TINA STIRLING, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, MARY JO GREENE, and, DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 1:08-cv-00372-OWW-SMS<br><br>**ORDER AMENDING SCHEDULING ORDER DATED JUNE 8, 2009**<br><br>Complaint filed: March 14, 2008<br>Trial Date: February 15, 2011 |

Upon consideration of the parties' Stipulation to Amend Scheduling Order, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Scheduling Order dated June 8, 2009, is amended as follows:

1. Paragraph 23 of section IX on pages 19 and 20 shall be deemed to read:

Initial disclosures shall be made on or before July 6, 2009. Fresno Community Hospital and Medical Center and all related hospitals and

- 1 –

**Tater-Alexander v. Amerjan, et al.**
U.S. District Court Case No.: CV-F-08-372 OWW SMS
[PROPOSED] ORDER AMENDING SCHEDULING ORDER DATED JUNE 8, 2009

PDF created with pdfFactory trial version www.pdffactory.com

clinics including Community Medical Center – Clovis, Community Regional Medical Center, University Medical Center, Community Health Center – Sierra, and Sierra Adult Health Center, are ordered to produce all records they can locate for the treatment of the plaintiff not only on the incident in dispute but on all prior and subsequent treatment.  The fact that all records are being produced does not mean they will be admissible, and counsel are waiving no objections to their admissibility.

2.     The following is added to the Scheduling Order:

To preserve the privacy rights and interests of plaintiff MICHAEL TATER-ALEXANDER the parties to this action shall keep all medical, financial, and disability records and information confidential and not disclose them or their contents to any non-parties, except as reasonably necessary to prosecute or defend this action.  Any records in the above categories which are filed in this action shall be filed under seal.  Upon receiving a written representation from counsel who seeks to file such records that the records to be filed are within the above categories, the Clerk's Office shall file them under seal without the necessity of a further order.  All original such records shall be returned to plaintiff's counsel at the termination of this action, whether by dismissal, settlement, or trial.

IT IS SO ORDERED.

Dated:     **November 3, 2009**                    **/s/ Sandra M. Snyder**

**UNITED STATES MAGISTRATE JUDGE**

- 2 –

<u>Tater-Alexander  v.  Amerjan, et al.</u>
U.S. District Court Case No.: CV-F-08-372 OWW SMS
[PROPOSED] ORDER AMENDING SCHEDULING ORDER DATED JUNE 8, 2009

PDF created with pdfFactory trial version www.pdffactory.com