Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California  93711
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER, and MARILYN JO GREENE, R.N.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>  Plaintiff,<br><br>vs.<br><br>LONNIE R. AMERJAN, CITY OF CLOVIS, TINA STIRLING, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, MARY JO GREENE, and, DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 1:08-cv-00372-OWW-SKO<br><br>**STIPULATION TO EXTEND THE TIME TO DISCLOSE EXPERTS AND REBUTTAL OR SUPPLEMENTAL EXPERTS**<br>**(FRCP 29)**<br><br>**AND ORDER THEREON**<br><br>Complaint Filed:  March 14, 2008<br>Trial Date:  February 15, 2011 |

It is hereby stipulated among the parties  hereto, through their respective counsel, and pursuant to Rule 29 of the Federal Rules of Civil Procedure, 28 USC, that the time to disclose experts, currently July 1, 2010, be moved to July 30, 2010, and that the time to disclose rebuttal or supplemental experts be moved from August 10, 2010, to September 1, 2010.  This will not interfere with the time set for completing discovery, which is October 11, 2010, for hearing a motion, or for trial.  The reason for this

- 1 –
**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**STIPULATION AND ORDER TO EXTEND THE TIME TO DISCLOSE EXPERTS AND REBUTTAL OR SUPPLEMENTAL EXPERTS (FRCP 29)**

stipulation is that there have been numerous depositions in the case which have only relatively recently (on May 11) been completed, and there are voluminous medical records, which need to be considered by the experts before formulating their opinions. The extra time will enable them to review the necessary materials in a considered fashion.

Executed by Carey H. Johnson on June 8, 2010.  I declare under penalty of perjury under the laws of the United States and under the laws of California that the foregoing is true and correct, and that this declaration is signed in Fresno, California.

Dated:  June 8, 2010                             /s/    Carey H. Johnson
                                                 Carey H. Johnson,
                                                 Attorney for Defendants,
                                                 Fresno Community Hospital and
                                                 Medical Center, dba Community
                                                 Regional Medical Center, and
                                                 Marilyn Jo Greene, R.N.


**Bustamante, O'Hara & Gagliasso, P.C.**

Dated:  June 8, 2010            By      /s/    Andrew Stearns
                                        Andrew Stearns,
                                        Attorneys for Plaintiff


**McCormick, Barstow, Sheppard Wayte & Carruth LLP**

Dated:  June 9, 2010            By      /s/    Daniel L. Wainwright
                                        Daniel L. Wainwright,
                                        Attorneys for Defendant,
                                        Thomas E. Mansfield, M.D.

- 2 –

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**STIPULATION AND ORDER TO EXTEND THE TIME TO DISCLOSE EXPERTS AND REBUTTAL OR SUPPLEMENTAL EXPERTS (FRCP 29)**

**Law Offices of Benjamin L. Ratliff**

Dated: June 10, 2010         By     /s/    Benjamin L. Ratliff
                                    Benjamin L. Ratliff,
                                    Attorneys for Defendants
                                    City of Clovis, Corporal Lonnie R.
                                    Amerjan, and Officer Tina Sterling

IT IS SO ORDERED.

   Dated:  **June 11, 2010**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

- 3 –

**Tater-Alexander v. Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**STIPULATION AND ORDER TO EXTEND THE TIME TO DISCLOSE EXPERTS AND REBUTTAL OR SUPPLEMENTAL EXPERTS (FRCP 29)**