M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com

Attorneys for Plaintiff
**MICHAEL TATER-ALEXANDER**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **MICHAEL TATER-ALEXANDER**, | Case No. CV-F-08-372 OWW SMS |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE; and ORDER** |
| **LONNIE R. AMERJAN,** et al., | |
| Defendants. | Complaint Filed: March 14, 2008 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES

through their counsel of record as follows:

WHEREAS, pursuant to the Court's Scheduling Order expert discovery in this matter

is currently set to close on October 11, 2010;

WHEREAS, the parties' agree that due to the number of experts and the parties

involved in this case, and their respective schedules, additional time is needed to complete

expert discovery;

WHEREAS, the parties believe it is in the interest of all parties to incur the cost and complete expert discovery after the settlement conference currently set for October 20, 2010;

THEREFORE, the parties hereby stipulate and agree to the following modification to the Scheduling Order:

1. Expert discovery shall close on October 29, 2010.

DATED: 10/1/10              **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

                    By:       /S/
                         M. JEFFERY KALLIS, attorneys for
                         **Plaintiff MICHAEL TATER-ALEXANDER**

DATED: 10/1/10              **BUSTAMANTE, O'HARA & GAGLIASSO, PC**

                    By:       /S/
                         ANDREW V. STEARNS
                         STEVEN M. BERKI, attorneys for
                         **Plaintiff MICHAEL TATER-ALEXANDER**

DATED: 10/1/10              **LAW OFFICES OF BENJAMIN RATLIFF**

                    By:       /S/
                         BENJAMIN LEE RATLIFF, attorneys for
                         **Defendants, CITY OF CLOVIS, CLOVIS POLICE CORPORAL LONNIE R. AMERJAN, and CLOVIS POLICE OFFICER TINA STIRLING**

DATED: 10/1/10        **STAMMER, MCKNIGHT, BARNUM & BAILEY**

By: _____/S/_____
CAREY HUGH JOHNSON, attorneys for
**Defendants, COMMUNITY REGIONAL MEDICAL CENTER and NURSE MARILYN JO GREENE**

DATED: 10/1/10        **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By: _____/S/_____
DANIEL LAWRENCE WAINWRIGHT, attorneys for
**Defendant, DR. THOMAS MANSFIELD**

**FINAL PROCEDURES 15.1 AND 15.2 STATEMENT**

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

DATED: 10/1/10        **BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**

By: _____/S/_____
ANDREW V. STEARNS
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated:   **October 7, 2010**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE