M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com

Attorneys for Plaintiff
**MICHAEL TATER-ALEXANDER**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| **MICHAEL TATER-ALEXANDER**, | Case No. CV-F-08-372 OWW SMS |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE; and ORDER** |
| **LONNIE R. AMERJAN,** et al., | |
| Defendants. | Complaint Filed: March 14, 2008 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES through their counsel of record as follows:

WHEREAS, pursuant to the Court's Scheduling Order expert discovery in this matter is currently set to close on October 29, 2010;

WHEREAS, the parties, through counsel attended a telephone conference with Magistrate Judge Sheila K. Oberto on October 15, 2010.  At said conference, the settlement conference scheduled for October 20, 2010 was continued to December 2, 2010.  (ECF Doc. No. 110);

1  WHEREAS, the parties believe it is in the interest of all parties to incur the cost and
2  complete expert discovery after the settlement conference now set for December 2, 2010;
3  WHEREAS, the parties agree to waive the subpoena requirements for expert
4  depositions and will voluntarily produce experts for deposition at agreed upon dates and
5  times
6  THEREFORE, the parties hereby stipulate and agree to the following modification to
7  the Scheduling Order:
8  1. Expert discovery shall close on December 23, 2010.
9  2. The subpoena requirements for expert depositions are waived by the parties and each
10     party will voluntarily produce experts for deposition at agreed upon dates and times.

DATED: 10/15/10           **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By:  /S/
     M. JEFFERY KALLIS, attorneys for
     **Plaintiff MICHAEL TATER-ALEXANDER**

DATED: 10/15/10           **BUSTAMANTE, O'HARA & GAGLIASSO, PC**

By:  /S/
     ANDREW V. STEARNS
     STEVEN M. BERKI, attorneys for
     **Plaintiff MICHAEL TATER-ALEXANDER**

DATED: 10/15/10           **LAW OFFICES OF BENJAMIN RATLIFF**

By:  /S/
     BENJAMIN LEE RATLIFF, attorneys for
     **Defendants, CITY OF CLOVIS, CLOVIS POLICE CORPORAL LONNIE R. AMERJAN, and CLOVIS POLICE OFFICER TINA STIRLING**

//

DATED: 10/15/10          **STAMMER, MCKNIGHT, BARNUM & BAILEY**

By:    /S/
    CAREY HUGH JOHNSON, attorneys for
    **Defendants, COMMUNITY REGIONAL MEDICAL CENTER and NURSE MARILYN JO GREENE**

DATED: 10/15/10          **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By:    /S/
    DANIEL LAWRENCE WAINWRIGHT, attorneys for
    **Defendant, DR. THOMAS MANSFIELD**

**FINAL PROCEDURES 15.1 AND 15.2 STATEMENT**

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

DATED: 10/15/10          **BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**

By:    /S/
    ANDREW V. STEARNS
    Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: **October 19, 2010**          **/s/ Oliver W. Wanger**
    UNITED STATES DISTRICT JUDGE