Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California 93711
Telephone: (559) 449-0571
Facsimile: (559) 432-2619

Attorneys for Defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER, and MARILYN JO GREENE, R.N.

FILED
DEC 10 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE R. AMERJAN, CITY OF CLOVIS, TINA STIRLING, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, MARY JO GREENE, and, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:08-cv-00372-OWW-SKO<br><br>**LIMITED STIPULATION TO RE-OPEN DISCOVERY TO OBTAIN VERIZON RECORDS AND ORDER THEREON** |

It is hereby stipulated between plaintiff, and defendants FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER and MARILYN JO GREENE, R.N., through their respective counsel, that discovery shall be re-opened to permit said defendants to obtain, pursuant to a Rule 45 subpoena, records relating to the Verizon account identified on Exhibit "A" attached hereto of all calls made from and received by cell phone number (559) 908-7623 between noon on March 17, 2007, and noon on March

- 1 -

**Tater-Alexander v. Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**LIMITED STIPULATION TO RE-OPEN DISCOVERY TO OBTAIN VERIZON RECORDS AND ORDER THEREON**



Stammer, McKnight,
Barnum & Bailey LLP
ATTORNEYS AT LAW

18, 2007, and if there were none, records showing that no calls were made by or received by that phone number during that time. In addition, said defendants may subpoena records identifying the account holder or holders for the account referenced in Exhibit "A" on March 17 and 18, 2007. Notice of the subpoena and a copy of the subpoena shall be mailed to Jill Bedford-Potter at the address in her deposition.

**Stammer, McKnight, Barnum & Bailey LLP**

Dated: December 6, 2010  By _____/s/_____
Carey H. Johnson,
Attorneys for Defendants,
Fresno Community Hospital and
Medical Center dba Community
Regional Medical Center, and
Marilyn Jo Greene, R.N.

**Bustamante, O'Hara & Gagliasso, P.C.**

Dated: December 6, 2009  By _____/s/_____
Andrew V. Stearns,
Attorneys for Plaintiff
Michael Tater- Alexander

**ORDER**

It is so ordered.

Dated: December 9, 2010     _Sheila K. Oberto_
The Honorable Sheila K. Oberto

- 2 -

Tater-Alexander v. Amerjan, et al.
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**LIMITED STIPULATION TO RE-OPEN DISCOVERY TO OBTAIN VERIZON RECORDS AND ORDER THEREON**



# Exhibit A

Nov.24.2010 02:09 PM  5592916999  PAGE  2/ 2

**verizon**wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 0880186042 | 670855193-00001 | Past Due | 3 of 6 |

## Overview of Lines

### Your Account's Calling Plan

AC Family SharePlan 700
$50.00 monthly access charge
$9.99 per additional line
(totaling $59.99 monthly)
700 monthly allowance minutes
$.45 per minute after allowance

### Breakdown of Charges

| Current Calling Plan | | Voice* | Data |
|---|---|---|---|
| 559-908-7623 (P)<br>.Ed Bedford-Potter | pg 3 | | $4.70 |
| 559-908-7715<br>Jill Bedford-Potter | pg 4 | --- | --- |
| **Total Charges** | | $.00 | $4.70 |

* Voice may include long distance, 411 calls, SharePlan overage and other calls.

### Breakdown of Minutes

| Current Calling Plan | | SharePlan Minutes Used |
|---|---|---|
| 559-908-7623 (P) | pg 3 | 387 |
| 559-908-7715 | pg 4 | 304 |
| **Total Minutes** | | 691 |
| SharePlan Allowance | | 700 |
| Overage Minutes | | 0 |

## Summary for Jill Bedford-Potter: 559-908-7623

### Your Calling Plan

AC Family SharePlan 700
(see pg 3)

M2M National Unlimited
Unlimited Mobile to Mobile

Unlimited Night & Weekend Mins

Beginning on 12/11/09:
15% Access Discount

### Charges

| Monthly Access Charges | |
|---|---|
| AC Family SharePlan 700 06/19 – 07/18 | 60.00 |
| 15% Access Discount 06/19 – 07/18 | –9.00 |
| | **$51.00** |
| Usage Charges | |
| Voice | .00 |
| Data | 4.70 |
| | **$4.70** |
| Verizon Wireless' Surcharges | |
| Fed Universal Service Charge | 1.51 |
| Regulatory Charge | .16 |
| Administrative Charge | .83 |
| CA State P.U.C. Fee | .07 |
| | **$2.57** |