# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **MICHAEL TATER-ALEXANDER**, | Case No. 1:08-CV-00372 OWW SKO |
| Plaintiff, | |
| vs. | **ORDER Granting Plaintiff Access To Confidential Material But Limiting The Distribution And Use Of That Material.** |
| **LONNIE R. AMERJAN**, individually and in his official capacity; | **DEMAND FOR JURY TRIAL** |
| **CITY OF CLOVIS**, a municipal corporation; | |
| **TINA STIRLING**, individually and in her official capacity; | Complaint Filed: March 14, 2008 |
| **COMMUNITY REGIONAL MEDICAL CENTER,** an entity of unknown form; | |
| **DR. THOMAS E. MANSFIELD**, an individual; | |
| **MARY JO GREENE**, an individual; | |
| **DOES 1 through 100**, as entities of unknown form and unknown capacities, | |
| Defendants. | |

The Court, after reviewing the stipulation and proposed order hereby ORDERS that:

**Dr. McNeil shall provide plaintiff's counsel all manuals and evaluative instructions, recommendations and supportive materials he used, or relied on, in reaching his conclusions and forming his opinion in the above entitled case for copying**

**Plaintiff will insure the security of the materials provided and will not distribute, disseminate or publish the contents of the material provided to anyone other than employees and staff of counsel's and co-counsel's firms.**

**Any employee or staff member provided access to these materials will sign a copy of this Stipulation and Order prior to receiving access.**

**Plaintiff's counsels will return all copies of the materials to Dr. McNeil within 10 days of the end of the litigation or any subsequent appeal.**

**Discovery with respect to Dr. McNeil will remain open until February 1, 2011.**

**The Court shall retain jurisdiction over this agreement and order to insure compliance.**

IT IS SO ORDERED.

Dated:   **January 5, 2011**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

Stipulation And Order