Daniel L. Wainwright, # 193486
Adam Wahlquist, # 250456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
DR. THOMAS E. MANSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>  Plaintiff,<br><br>v.<br><br>LONNIE R. AMERJAN, individually and in his official capacity; CITY OF CLOVIS, a municipal corporation; TINA STIRLING, individually and in her official capacity; COMMUNITY REGIONAL MEDICAL CENTER, an entity of unknown form; DR. THOMAS E. MANSFIELD, an individual; MARY JO GREENE, an individual; and DOES 1 through 100, as entities of unknown form and unknown capacities,<br><br>  Defendants. | Case No.  1:08-cv-00372 OWW SMS<br><br>**STIPULATION OF THE PARTIES REGARDING CONTINUING THE PRE-TRIAL CONFERENCE; AND ORDER THEREON**<br><br>DATE:     January 24, 2011<br>TIME:     11:00 a.m.<br>JUDGE:    Honorable Judge Oliver Wanger<br>COURTROOM:   3<br><br>Trial Date:   February 15, 2011 |

   IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants, DR. THOMAS E. MANSFIELD, MARILYN JO GREENE, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, CORPORAL LONNIE AMERJAN, and TINA STIRLING, by and through their respective counsel, that the Pre-Trial Conference currently scheduled to take place on January 24, 2011 in Department 3 at 11:00, (Case No. 1:08-CV-F-08-372-OWW-SMS) be **continued to January 31, 2011 at 11:00 a.m.**

   Counsel for Defendant, THOMAS MANSFIELD, M.D. has a scheduling conflict with the currently set date and his presence at the Pre-Trial Conference is imperative and required by the

Court.  Additionally, this will allow the parties sufficient time to consider and contemplate the Court's pending Memorandum of Decision regarding the numerous dispositive Motions that we heard and argued before the Court on Monday, January, 10, 2011.

Therefore the parties stipulate and agree that the Pre-Trial Conference should be moved to January 31, 2011 or to a date convenient to the court.

It is further agreed that the parties Joint Pre-Trial Statement will be filed no less than 7 days before the January 31, 2011 Pre-Trial Conference, or on Monday, January 24th.

Dated: January 11, 2011                    BUSTAMANTE, O'HARA & GAGLIASSO, P.C.

By: /s/ Andrew V. Stearns
Andrew V. Stearns
Attorneys for Plaintiff
MICHAEL TATER-ALEXANDER

Dated: January 11, 2011                    THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.

By: /s/ M. Jeffery Kallis
M. Jeffery Kallis
Attorney for Plaintiff
MICHAEL TATER-ALEXANDER

Dated: January 12, 2011                    THE LAW OFFICES OF BENJAMIN L. RATLIFF

By: /s/ Benjamin L. Ratliff
Benjamin L. Ratliff
Attorney for Defendants
CLOVIS POLICE CORPORAL LONNIE
R. AMERJAN AND CLOVIS POLICE
OFFICER TINA STERLING

| | |
|---|---|
| Dated: January 12, 2011 | STAMMER, MCKNIGHT, BARNUM, & BAILEY, LLP |

By: /s/ Carey H. Johnson
Carey H. Johnson
Attorneys for Defendants
MARILYN JO GREENE and FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER

| | |
|---|---|
| Dated: January 11, 2011 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH, LLP |

By: /s/ Daniel L. Wainwright
Daniel L. Wainwright
Attorneys for Defendants
THOMAS MANSFIELD, M.D.

## FINAL PROCEDURES 15.1 AND 15.2 STATEMENT

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

| | |
|---|---|
| Dated: January 11, 2011 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH, LLP |

By: /s/ Daniel L. Wainwright
Daniel L. Wainwright
Attorneys for Defendants
THOMAS MANSFIELD, M.D.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of Plaintiff and Defendants, DR. THOMAS E. MANSFIELD, MARILYN JO GREENE, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, CORPORAL LONNIE AMERJAN, and TINA STIRLING as reflected above, and FOR GOOD CAUSE shown,

**IT IS HEREBY ORDERED** that the Pre-Trial Conference currently scheduled for January 24, 2011 shall be continued to **January 31, 2011, at 11:00 a.m. in Department 3**.

IT IS SO ORDERED.

Dated: **January 12, 2011**          /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE