Daniel L. Wainwright, # 193486
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
THOMAS MANSFIELD, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, operator of CLOVIS COMMUNITY MEDICAL CENTER; DR. THOMAS MANSFIELD; NURSE MARILYN JO GREENE,<br><br>　　　　Defendants. | **1:08-CV-00372-OWW-SKO**<br><br>**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, THOMAS MANSFIELD, M.D., FROM THIS LITIGATION**<br><br>**Trial Date:**　　February 23, 2011<br>**Courtroom:**　　7<br>**Judge:**　　Hon. Oliver Wanger |

IT IS HEREBY STIPULATED by and between Plaintiff, MICHAEL TATER-ALEXANDER, and Defendant, THOMAS MANSFIELD, M.D. (hereinafter "DR. MANSFIELD"), through their designated counsel, that the above-captioned civil action and claims specifically against DR. MANSFIELD be and hereby is **dismissed**, **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Plaintiff's claims against the other named Defendants are not affected by this dismissal, with prejudice, of DR. MANSFIELD from this litigation.

IT IS FURTHER STIPULATED that Plaintiff and DR. MANSFIELD each hereby waive any and all past, current or future claims for costs and/or fees associated with the above-captioned

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE,
OF DEFENDANT, THOMAS MANSFIELD, M.D., FROM THIS LITIGATION

action and the full terms and conditions of this resolution are more fully outlined in the Settlement Agreement & Release of All Claims previously executed by Plaintiff.

ALL PARTIES FURTHER STIPULATE that performance of the terms of the resolution of this case shall be completed on or before March 16, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: February 16, 2011　　　　　　　　　　BUSTAMANTE, O'HARA & GAGLIASSO, P.C.

By: /s/ Andrew V. Stearns
Andrew V. Stearns
Attorneys for Plaintiff
MICHAEL TATER-ALEXANDER

Dated: February 16, 2011　　　　　　　　　　THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.

By: /s/ M. Jeffery Kallis
M. Jeffery Kallis
Attorney for Plaintiff
MICHAEL TATER-ALEXANDER

Dated: February 16, 2011　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH, LLP

By: /s/ Daniel L. Wainwright
Daniel L. Wainwright
Attorneys for Defendants
THOMAS MANSFIELD, M.D.

Dated: February 16, 2011　　　　　　　　　　STAMMER, MCKNIGHT, BARNUM, & BAILEY, LLP

By: /s/ Carey H. Johnson
Carey H. Johnson
Attorneys for Defendants
MARILYN JO GREENE and FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

2

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, THOMAS MANSFIELD, M.D., FROM THIS LITIGATION

**FINAL PROCEDURES 15.1 AND 15.2 STATEMENT**

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

Dated: February 16, 2011                    MCCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH, LLP

By: /s/ Daniel L. Wainwright
    Daniel L. Wainwright
    Attorneys for Defendants
    THOMAS MANSFIELD, M.D.

**ORDER DISMISSING DEFENDANT, THOMAS MANSFIELD, M.D.**

**PURSUANT TO THE STIPULATION OF THE PARTIES, AS SET FORTH ABOVE, AND GOOD CAUSE APPEARING IT IS ORDERED AS FOLLOWS**:

Defendant, THOMAS MANSFIELD, M.D., is hereby dismissed, with prejudice, from this litigation (Case No. 1:08-CV-00372-OWW-SKO).

66215/00058-1691622.v1

IT IS SO ORDERED.

Dated:   **February 18, 2011**            **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, THOMAS MANSFIELD, M.D., FROM THIS LITIGATION

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912