Mr. Carey H. Johnson #40879
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California  93711
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendants, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER, and MARILYN JO GREENE, R.N.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>       Plaintiff,<br><br>vs.<br><br>LONNIE R. AMERJAN, CITY OF CLOVIS, TINA STIRLING, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, MARY JO GREENE, and, DOES 1 through 100, inclusive,<br><br>       Defendants. | Case No.: 1:08-cv-00372-OWW-SKO<br><br>**ORDER ON *MOTIONS IN LIMINE* OF DEFENDANTS FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND MARILYN JO GREENE, R.N.**<br><br>Judge:  Honorable Judge Oliver Wanger<br>Courtroom:  3<br>Date:  February 18, 2011<br>Time:  12:00 noon<br><br>Trial:  May 3, 2011 |

On February 18, 2011, *Motions in Limine* submitted on behalf of defendants FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER and MARILYN JO GREENE, R.N. were argued and ruled upon.  The following are the rulings on those motions:

1. **MOTION IN LIMINE NO. 1: TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE THAT THERE IS ANY LEGAL OBLIGATION UNDER THE AMERICANS WITH DISABILITIES ACT, TITLE III, THE UNRUH CIVIL RIGHTS**

- 1 –

ACT, OR THE DISABLED PERSONS ACT THAT THE HOSPITAL PROMULGATE POLICIES AND PROCEDURES RELATING TO COMPLIANCE WITH THE ADA, TITLE III, THE UNRUH CIVIL RIGHTS ACT, OR THE DISABLED PERSONS ACT.

**RULING:**

THE PARTIES HAVE BEEN UNABLE TO COME TO AN AGREEMENT ON THE COURT'S ORDER ON THIS MOTION AND REQUEST ADDITIONAL INPUT FROM THE COURT.  THE PARTIES HAVE AGREED TO PROVIDE BRIEFS TO THE COURT ON THEIR RESPECTIVE POSITIONS.

**2.** **MOTION IN LIMINE NO. 2:** TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE THAT THERE IS ANY LEGAL OBLIGATION UNDER THE AMERICANS WITH DISABILITIES ACT, TITLE III, THE UNRUH CIVIL RIGHTS ACT, OR THE DISABLED PERSONS ACT THAT THE HOSPITAL WAS REQUIRED TO INQUIRE OF THE PLAINTIFF WHETHER HE NEEDED AN ACCOMMODATION FOR HIS DISABILITY.

**RULING:**

Granted.

**3.** **MOTION IN LIMINE NO. 3:**  TO EXCLUDE FROM EVIDENCE THE 1994 SOCIAL SECURITY DISABILITY DECISION FINDING THAT THE PLAINTIFF HAD IMPAIRMENTS CONSIDERED "SEVERE" UNDER THE SOCIAL SECURITY ACT WHICH WERE CERVICAL SPINE STRAIN, LUMBOSACRAL SPINE STRAIN AND BILATERAL SHOULDER PAIN.

- 2 –

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**ORDER ON *MOTIONS IN LIMINE* OF DEFENDANTS FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND MARILYN JO GREENE, R.N.**

**RULING:**

Granted in part.  The 1994 Social Security disability decision may not be used as evidence the plaintiff was in fact disabled.  It may be referred to as to whether the hospital had notice of his status and whether it needed to take steps related to how it dealt with Mr. Tater-Alexander.

**4.      MOTION IN LIMINE NO. 4:  TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE THAT, DEPENDING UPON THE DECISION OF THE JURY, THE COURT MAY CRAFT AN INJUNCTION, OR REGARDING WHAT THE TERMS OF AN INJUNCTION SHOULD BE.**

**RULING:**

Granted.

**5.      MOTION IN LIMINE NO. 5:  TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE TO THE EFFECT THAT FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND/OR ITS FACILITY AT CLOVIS, CLOVIS COMMUNITY MEDICAL CENTER, AND/OR MARILYN JO GREENE, R.N., FELL BELOW THE STANDARD OF CARE FOR A HOSPITAL AND/OR A NURSE IN CONNECTION WITH THEIR INVOLVEMENT WITH THE PLAINTIFF.**

**RULING:**

THE PARTIES HAVE BEEN UNABLE TO COME TO AN AGREEMENT ON THE COURT'S ORDER ON THIS MOTION AND REQUEST ADDITIONAL INPUT FROM

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**ORDER ON *MOTIONS IN LIMINE* OF DEFENDANTS FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND MARILYN JO GREENE, R.N.**

THE COURT.  THE PARTIES HAVE AGREED TO PROVIDE BRIEFS TO THE COURT ON THEIR RESPECTIVE POSITIONS.

6.  **MOTION IN LIMINE NO. 6:  TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE THAT MARILYN JO GREENE, R.N., VIOLATED THE ADA.**

**RULING:**

Granted.  Ms. Greene is an individual, not the operator of a facility, so she could not have violated the ADA.

7.  **MOTION IN LIMINE NO. 7:  TO EXCLUDE ANY COMMENT OR INQUIRY IN VOIR DIRE, OPENING STATEMENT, OR DURING THE TRIAL PRIOR TO FINAL ARGUMENT REGARDING THE LAW APPLICABLE TO THE JURY'S DECISION.**

**RULING:**

Granted in part.  Counsel are not to instruct the jury and make statements of law, but can refer to the law which the Court has determined to be applicable to the case in jury selection, opening statement, during the trial to show the relevance of testimony, and in closing argument.  There must be consent prior to providing what the law is to the jury.  In this case the Court will have made a determination as to what the law is and what questions will be submitted to the jury before voir dire.

8.  **MOTION IN LIMINE NO. 8:  TO PERMIT DEFENDANTS TO USE PROJECTED IMAGES OF PLAINTIFF'S MEDICAL RECORDS DURING OPENING STATEMENT.**

- 4 –

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**ORDER ON *MOTIONS IN LIMINE* OF DEFENDANTS FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND MARILYN JO GREENE, R.N.**

**RULING:**

Granted with a qualification. Counsel may use demonstrative evidence in opening statement so long as the other side has seen it and doesn't object.

9. **MOTION IN LIMINE NO. 9: TO EXCLUDE ANY COMMENT, INQUIRY, ARGUMENT OR EVIDENCE THAT AS A RESULT OF ANY DELAY IN HIS TREATMENT IN THE EMERGENCY ROOM PLAINTIFF SUSTAINED ANY DAMAGE TO HIS PANCREAS, INCREASE IN HIS CHRONIC PANCREATITIS, AND/OR THAT HE BECAME A DIABETIC.**

**RULING:**

Granted.

IT IS SO ORDERED.

Dated:   **March 14, 2011**                    **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**ORDER ON *MOTIONS IN LIMINE* OF DEFENDANTS FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND MARILYN JO GREENE, R.N.**