M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com

Attorneys for Plaintiff
**MICHAEL TATER-ALEXANDER**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **MICHAEL TATER-ALEXANDER**, | Case No. 1:08-cv-00372 OWW SMS |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DAMAGES CLAIMS AND DEFENDANT MARILYN JO GREENE** |
| **COMMUNITY REGIONAL MEDICAL CENTER,** et al. | |
| Defendants. | Complaint Filed: March 14, 2008 |
| | Trial: May 3, 2011 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On February 18, 2011, in Courtroom 3 of the above-entitled Court, the Honorable Oliver W. Wanger, judge presiding, the Court held a hearing on Motions in Limine in which additional issues as set forth below were heard and ruled upon by the Court. Plaintiff was represented by Andrew V. Stearns, Esq., Bustamante O'Hara & Gagliasso, and M. Jeffery

Kallis, Esq., The Law Firm of Kallis & Associates.  Defendants Fresno Community Hospital and Medical Center and Marilyn Jo Greene were represented by Carey H. Johnson, Esq. and Celene Resong, Esq. Stammer McKnight Barnum & Bailey, LLP.  Defendant Thomas E. Mansfield was represented by Daniel L. Wainwright, Esq., McCormick Barstow Sheppard Wayte & Carruth, LLP.  Defendant Thomas E. Mansfield was dismissed prior to oral argument and counsel was excused by the Court.

The Court addressed pre-trial matters, including the continuance of the trial in light of an emergency hearing in the Delta Smelt case, the health of plaintiff, and the calendaring conflict for Attorney Kallis.

The Court also considered the Request by Plaintiff to dismiss damage claims, including penalties, as well as an oral Request to dismiss the claims against defendant Marilyn Jo Greene.

For good cause shown, the Court Orders as follows:

IT IS HEREBY ORDERED that the motion by plaintiff to dismiss the damages claims and to dismiss Marilyn Jo Greene are GRANTED.

IT IS FURTHER ORDERED that the case will proceed to be tried on the claims of violation of the Americans with Disabilities Act, the Unruh claim, and the Disabled Persons Act of California.

IT IS FURTHER ORDERED that the issue of injunctive relief will be decided by the Court.

IT IS FURTHER ORDERED that the Court will have an advisory jury and the jury will be submitted questions that will be mutually agreed upon by the parties and the Court to be propounded in the form of written interrogatories on factual findings that will aid the

Court's decisions on the claims and defenses that are asserted.

**ORDER**

IT IS SO ORDERED.

    Dated:   **March 14, 2011**                    **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE