Benjamin L. Ratliff     Bar No. 113708
James T. Binion         Bar No. 258346

**LAW OFFICES OF
BENJAMIN L. RATLIFF**
1100 West Shaw Avenue, Suite 124
Fresno, California   93711

Telephone: (559) 227-2166
Facsimile:  (559) 227-0846

Attorneys for Defendants, City of Clovis, Clovis Police Corporal Lonnie R. Amerjan and Clovis Police Officer Tina Stirling

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER, | CASE NO.  1:08-cv-00372 OWW SMS |
| Plaintiff, | **ORDER GRANTING DEFENDANTS, LONNIE R. AMERJAN'S AND TINA STIRLING'S, *EX PARTE* APPLICATION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS** |
| vs. | |
| CORPORAL LONNIE R. AMERJAN, OFFICER TINA STIRLING, DR. THOMAS MANSFIELD, NURSE MARILYN JO GREENE, and, DOES 1 through 100, inclusive, | |
| Defendants. | |

This Court, Having reviewed the submitted Ex Parte Application for Leave to Submit a Reply to Plaintiff's Opposition to Defendants' Bill of Costs, and the Declaration of James Binion in Support of Order Granting Leave to File a Reply to Plaintiff's Oppositions, Hereby ORDER and DECREE as follows:

ORDER GRANTING  DEFENDANTS', LONNIE R. AMERJAN'S AND TINA STIRLING'S, *EX PARTE*  APPLICATION FOR LEAVE TO FILE  A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS

1

1. GOOD CAUSE being found, defendants' Es Parte Application for Leave to File a Reply to Plaintiff's Opposition to Bill of Costs is hereby GRANTED.

2. Defendants' Reply to Plaintiff's Opposition must be filed with this Court and served on all other parties within seven (7) days of the granting of this motion, or no later than April 8, 2011.

3.

IT IS SO ORDERED.

Dated:   **March 31, 2011**                              **/s/ Oliver W. Wanger**
                                                                                     UNITED STATES DISTRICT JUDGE

5.
6.

ORDER GRANTING  DEFENDANTS', LONNIE R. AMERJAN'S AND TINA STIRLING'S, *EX PARTE*  APPLICATION FOR LEAVE TO FILE  A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS

2