# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL TATER-ALEXANDER, | ) | 1:08-cv-0372 OWW SMS |
| Plaintiff, | ) | NEUTRAL STATEMENT OF THE CASE |
| v. | ) | |
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER AND CLOVIS COMMUNITY MEDICAL CENTER, | ) | |
| Defendant. | ) | |

Plaintiff, Michael Tater-Alexander, 42, drove to the Emergency Department at Clovis Community Medical Center on Sunday evening, March 17, 2007. Upon arrival he complained of abdominal pains seeking medical treatment. He was asked to put on a hospital gown to be examined and refused. He claims he had a disability, pain, which is heightened when he is cold. He claims he was entitled to accommodations and was not accommodated. He further claims Fresno Community Hospital and Medical Center, operator of Clovis Community Medical Center, knew he was disabled; that they violated their policy for dealing with disability, and had knowledge that they violated their policies

1

and procedures.  He also claims that the policies and procedures are, on their face, discriminatory.  He brings these claims under federal and state law.

Defendant denies knowing that Plaintiff had a disability that needed accommodation; denies wrongdoing; and claims that Plaintiff's refusal to cooperate and to permit himself to be examined, and his disruptive conduct and profanity, are the cause of any alleged violation.

IT IS SO ORDERED.

**Dated:   May 3, 2011**                                **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE