UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COMMUNITY HOSPITAL AND<br>MEDICAL CENTER, operator of<br>CLOVIS COMMUNITY MEDICAL CENTER,<br><br>　　　　Defendants. | 1:08-cv-0372 OWW SKO<br><br>ORDER RE: RETENTION OF<br>TRIAL EXHIBITS BY COURT |

　　Joint Exhibit Nos. 1.11A, 1.26A, and 1.10A, which are blow-ups on poster board, submitted by Defendants, have been written on by the jury.

　　Pursuant to the parties' agreement, IT IS ORDERED that the Clerk of this Court shall destroy the original Exhibits with jury writing on them. Counsel shall substitute the exhibit pages.

IT IS SO ORDERED.

Dated:　May 11, 2011　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1