## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
MICHAEL TATER-ALEXANDER,

            Plaintiff,
                                    ADVISORY JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-00372 OWW

FRESNO COMMUNITY HOSPITAL AND
MEDICAL CENTER, dba COMMUNITY
REGIONAL MEDICAL CENTER,

            Defendant.
_____/
```

The Jury's verdict, which is advisory, returned in open Court May 11, 2011 is entered in this action. Pending receipt of proposed Findings of Fact and Conclusions of Law under F.R.C.P. Rule 52, final judgment will follow.

DATED: May 13, 2011                         VICTORIA C. MINOR, Clerk


                                            /s/ RENEE GAUMNITZ
                                        By: Renee Gaumnitz,
                                            Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com