Mr. Carey H. Johnson #40879
Ms. Celene B. Resong #172577
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Fresno, California  93711
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendant, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TATER-ALEXANDER, <br><br>   Plaintiff, <br><br> vs. <br><br> LONNIE R. AMERJAN, CITY OF CLOVIS, TINA STIRLING, COMMUNITY REGIONAL MEDICAL CENTER, DR. THOMAS E. MANSFIELD, MARY JO GREENE, and, DOES 1 through 100, inclusive, <br><br>   Defendants. | Case No.: 1:08-cv-00372-OWW-SKO <br><br> **JUDGMENT** <br><br> Complaint Filed:  March 14, 2008 <br> Trial:  May 3-11, 2011 <br> Courtroom:  3 <br> Judge:  Hon. Oliver W. Wanger |

   Pursuant to the Findings of Fact and Conclusions of Law made by the Court, Defendant FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba COMMUNITY REGIONAL MEDICAL CENTER and Operator of CLOVIS COMMUNITY MEDICAL CENTER, is awarded Judgment in its favor and against the Plaintiff, MICHAEL TATER-ALEXANDER.  Defendant shall recover taxable costs.

IT IS SO ORDERED.

- 1 –

**Tater-Alexander v.  Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**JUDGMENT**

1
2      Dated:   **August 26, 2011**                         **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 –

**Tater-Alexander v. Amerjan, et al.**
U.S. District Court Case No.: 1:08-cv-00372-OWW-SKO
**JUDGMENT**